UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ANN HOBART,<br>Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:21-CV-02152 |
| v. | ) <br> ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI,<br>Defendant | ) <br> ) | |

**ORDER**

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) This case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

(2) Final Judgment will be issued in favor of Plaintiff, Patricia Ann Hobart, by separate order.

(3) The Clerk of Court is DIRECTED to CLOSE this case.

Date: February 21, 2023              BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge