AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Patricia Ann Hobart ) | |
| *Plaintiff* ) | |
| v.  ) | Civil Action No. 4:21-CV-02152 |
| Kilolo Kijakazi, Commissioner of Social Security ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Final judgment is entered in favor of Plaintiff, Patricia Ann Hobart, and against Kilolo Kijakazi, Commissioner of Social Security pursuant to Fed.R.Civ.P. 58.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   William I. Arbuckle   on a motion for
Pursuant to Memorandum Opinion and Order dated 2/21/2023 [ECF Docs. 17, 18].

Date:   2/21/2023

CLERK OF COURT

Peter Welsh, Clerk of Court
By: *s/Christine A. Williamson*, *Deputy Clerk*
*Signature of Clerk or Deputy Clerk*